UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC J. MAPES,<br>JENELLE M. KELLY-MAPES,<br><br>    Plaintiffs,<br><br>    v.<br><br>OFFICE OF HEARINGS OPERATIONS,<br>*Indianapolis*,<br>OFFICE OF HEARINGS OPERATIONS,<br>*Detroit*,<br>ROY E. LAROCHE, JR., ROBERT J. WATTS,<br>JOSHUA P. DEHNKE,<br>SOCIAL SECURITY ADMINISTRATION,<br>CENTRAL VIOLATIONS BUREAU,<br>U.S. ATTORNEYS OFFICE,<br><br>    Defendants. | No. 1:20-cv-00029-TWP-TAB |

**ORDER**

  The Plaintiff's, Eric J. Mapes and Jenelle M. Kelly-Mapes, filed this action on January 6, 2020 [Filing No. 1]. On January 30, 2020, the Court screened the Plaintiffs Complaint pursuant to 28 U.S.C. § 1915(e)(2) and determined that the Complaint fails to state a claim on which relief can be granted [Filing No. 5]. The Court directed Plaintiffs to file an Amended Complaint on or before March 2, 2020 to address the noted deficiencies, and warned the Plaintiffs that this action would be dismissed if they failed to do so. Plaintiffs neither filed an Amended Complaint by the March 2, 2020 deadline nor sought an extension of that deadline. Therefore, final judgment will now issue **DISMISSING THIS ACTION WITH PREJUDICE** for failure to state a claim on which relief can be granted.

  **SO ORDERED.**

Dated: 3/5/2020

                _____
                TANYA WALTON PRATT, JUDGE
                United States District Court
                Southern District of Indiana

Distribution:

Eric J. Mapes
Jenelle M. Kelly-Mapes
P.O. Box 47181
Indianapolis, IN 46247-0181